ELLEN KNIES *vs.* E. P. GREEN.

Submitted on briefs May 1, 1893.   Affirmed June 16, 1893.

Appeal by plaintiff, Ellen Knies, from a judgment of the District Court of Hennepin County, *Seagrave Smith,* J., entered January 23, 1892, against her and in favor of defendant, E. P. Green, for costs.

*C. E. Brame,* for appellant.

*A. Q. Rogers,* for respondent.

VANDERBURGH, J.   The question involved in this appeal was considered and determined in the case of *Wrolson* v. *Anderson, ante,* p. 508, (55 N. W. Rep. 597,) (decided at the present term.)

Judgment affirmed.

(Opinion published 55 N. W. Rep. 598.)